UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20493-CIV-MARTINEZ-BECERRA

AUSTRALIAN THERAPEUTIC SUPPLIES
PTY LTD,

    Plaintiff,

vs.

NAKED TM, LLC,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Attorneys' Fees Pursuant to Rule 4(d)(2) ("Motion"), (ECF No. 46). Judge Becerra filed an R&R recommending that the Motion be granted in part and denied in part. (ECF No. 91). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Judge Becerra's R&R, (ECF No. 91), is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Motion, (ECF No. 46), is **GRANTED in part and DENIED in part**. Plaintiff is awarded $290.00 in service expenses pursuant to Rule 4(d)(2)(A).

**DONE AND ORDERED** in Miami, Florida, this 19th day of September, 2023.

                                                                                              JOSE E. MARTINEZ
                                                                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record