# EXHIBIT 1

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-90003

_____

AUSTRALIAN THERAPEUTIC SUPPLIES PTY LTD,

Petitioner,

*versus*

NAKED TM, LLC,

Respondent.

_____

Petition for Permission to Appeal from the
United States District Court for the
Southern District of Florida
D.C. Docket No. 1:22-cv-20493-JEM-BJ

_____

Before JORDAN, JILL PRYOR, and LAGOA, Circuit Judges.

2                          Order of the Court                        24-90003

BY THE COURT:

    Petitioner's petition for permission for interlocutory review pursuant to 28 U.S.C. § 1292(b) is DENIED.