# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
### Case Number: 22-20493-CIV-MARTINEZ-BECERRA

AUSTRALIAN THERAPEUTIC SUPPLIES
PTY LTD,

        Plaintiff,

v.

NAKED TM, LLC,

        Defendant.
_____

NAKED TM, LLC,

        Counter-Plaintiff,

v.

AUSTRALIAN THERAPEUTIC SUPPLIES
PTY LTD,

        Counter-Defendant.
_____/

## **AMENDED JOINT PRETRIAL STIPULATION**

Plaintiff, Australian Therapeutic Supplies Pty Ltd ("Plaintiff") and Defendant, Naked TM, LLC ("Defendant") (hereinafter collectively referred to as the "Parties"), by and through their undersigned counsel and pursuant to S.D. Fla. L.R. 16.1(e) and this Court's Order Setting Civil Trial Date [DE 120] and Order requiring an updated Joint Pretrial Stipulation [DE 121], hereby file this Amended Joint Pretrial Stipulation.

Case Number: 22-20493-CIV-MARTINEZ-BECERRA
**Joint Pretrial Stipulation**

## (1) A SHORT CONCISE STATEMENT OF THE CASE

This case is an appeal of a final decision of the Trademark Trial and Appeal Board ("Board") of the U.S. Patent and Trademark Office ("US PTO") pursuant to 15 U.S.C. § 1071(b). [DE 1, 55, ¶ 1]. On October 29, 2012, Plaintiff filed Cancellation No. 92056381 with the Board to cancel U.S. Trademark Registration No. 3325577 (the "'577 Reg."). [DE 1, 55, ¶ 92]. On December 16, 2021, the Board issued a final decision denying Plaintiff's petition to cancel the '577 Registration. [DE 1, 55, ¶ 93]. Plaintiff filed the instant appeal of the Board's decision on February 16, 2022. [DE 1].

On January 17, 2023, Defendant sought leave of Court and thereafter filed an Amended Answer and Counterclaim for Breach of Contract on behalf of Defendant, Naked TM, LLC. [DE 55]. On January 31, 2023, Plaintiff filed an Answer to Defendant's Counterclaim. [DE 58]. On June 16, 2023, Defendant filed a Motion to Amend Counterclaim by Interlineation wherein it sought to identify Naked Int'l, Inc. as a party to Defendant's breach of contract counterclaim. [DE 72].

On September 26, 2023, this Court entered an Order on Motions for Summary Judgment wherein it denied Plaintiff's Motion for Summary Judgment and granted Defendant's Motion for Partial Judgment on its counterclaim for Breach of Contract. [DE 103]. The Court's Order held that "Plaintiff breached the agreement by seeking to cancel [Defendant's] Naked Registration through these proceedings and attempting to register the mark NAKED in its own name." The Court, having resolved the threshold issues of contract formation and breach on summary judgment, held that "this case shall proceed to trial to determine the amount of damages only." [DE 103]. Plaintiff reserves its right to challenge the Court's ruling on appeal; therefore, any reference herein or at trial to Plaintiff's breach of contract results from applying the Court's ruling and not as any concession by Plaintiff as to the issue or waiver of any argument on appeal.

Case Number: 22-20493-CIV-MARTINEZ-BECERRA
**Joint Pretrial Stipulation**

On September 27, 2023, the Court denied Defendant's Motion to Amend Counterclaim by Interlineation. [DE 104]. Naked TM, LLC, as the named counterclaimant, is the only party that may proffer trial testimony and evidence on damages resulting from Plaintiff's breach of contract.

Trial is scheduled to commence on December 9, 2024, to determine the amount of Defendants' recoverable damages. [DE 120].

**(2) THE BASIS OF FEDERAL JURISDICTION**

This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1071(b), 5 U.S.C. § 701 *et seq.* (review of final agency decision), 28 U.S.C. § 1331 (federal question), and 28 U.S.C. § 1338(a) (acts of Congress relating to trademarks). The Court has diversity jurisdiction over Defendant's breach-of-contract counterclaim.

**(3) THE PLEADINGS RAISING THE ISSUES**

- Plaintiff's Complaint [DE 1];
- Defendant's Amended Answer, Affirmative Defenses, and Counterclaim [DE 55]; and
- Plaintiff's Answer to Counterclaim [DE 58].

**(4) A LIST OF ALL UNDISPOSED MOTIONS OR OTHER MATTERS REQUIRING ACTION BY THE COURT**

- Defendant's Motion to Strike Jury Demand [DE 92]
- Plaintiff's Motion *in Limine* to Exclude the Decisions of the Trademark Trial and Appeal Board and Witness Evidence and Testimony [DE 93]. Given the Court's summary judgment ruling, the parties believe this motion is now moot and Plaintiff agrees to withdraw it without prejudice.

**(5) A CONCISE STATEMENT OF UNCONTESTED FACTS WHICH WILL REQUIRE NO PROOF AT TRIAL, WITH RESERVATIONS, IF ANY**

1. Plaintiff is a proprietary limited company organized under the laws of Australia and has a principal place of business at 1/21 Mars Road, Lane Cove 2066, New South Wales, Australia.

Case Number: 22-20493-CIV-MARTINEZ-BECERRA
**Joint Pretrial Stipulation**

  2. Defendant is a limited liability company organized in Florida and has a principal place of business at 50 South Pointe Drive, # 1401, Miami, Florida 33139, U.S.A.

  3. Graham Porter is the Managing Director of Plaintiff.

  4. Jud Ireland is the owner and managing member of Defendant.

  5. Creative Resources, LLC was the predecessor-in-interest to Defendant as the owner of the '577 Reg.

  6. On September 22, 2003, Creative Resources, LLC filed application Ser. No. 78303400 with the US PTO seeking to register the mark NAKED for goods in International Class 10.

  7. On October 30, 2007, application Ser No. 78303400 issued trademark registration number 3325577 on the US PTO Principal Register.

  8. On or about August 26, 2009, Creative Resources, LLC assigned all rights, title, and interest in the '577 Reg to Defendant.

  10. On October 29, 2012, Plaintiff filed a Petition to Cancel the '577 Reg with the Board (Cancellation No. 92056381), the proceeding from which the instant appeal is taken.

## (6) A STATEMENT IN REASONABLE DETAIL OF ISSUES OF FACT WHICH REMAIN TO BE LITIGATED AT TRIAL

The following issues of fact remain to be litigated at trial:

  1. The amount of damages, if any, that Defendant is entitled to as a result of the breach of contract counterclaim.

## (7) A CONCISE STATEMENT OF ISSUES OF LAW ON WHICH THERE IS AGREEMENT

  1. This Court has subject matter jurisdiction over this action.

  2. This Court has personal jurisdiction over the parties.

  3. Venue is proper in this District.

  4. Florida law applies to the breach of contract counterclaim.

## (8) A CONCISE STATEMENT OF ISSUES OF LAW WHICH REMAIN FOR DETERMINATION BY THE COURT

  1. Whether attorneys' fees and costs may be awarded to Defendant and, if so, the amount.

Case Number: 22-20493-CIV-MARTINEZ-BECERRA
**Joint Pretrial Stipulation**

    2.    Whether a jury or district court will act as a finder of fact at trial.

### (9) TRIAL EXHIBITS

- Attached as Exhibit A is Plaintiff's Exhibit List.
- Attached as Exhibit B is Defendant's Exhibit List.
- The parties agree that all rights are reserved to introduce additional impeachment or rebuttal exhibits as permitted by the Federal Rules of Civil Procedure and any other applicable law.

### (10) TRIAL WITNESSES

- Attached as Exhibit C is Plaintiff's Witness List.
- Attached as Exhibit D is Defendant's Witness List.

### (11) ESTIMATED TRIAL TIME

Plaintiff believes that trial will last 3 days. Defendant believes that a bench trial would last less than one day and that a jury trial would last two days.

### (12) ATTORNEYS' FEES

Defendant contends that, as damages for its counterclaim for breach of the Parties' settlement agreement, its attorneys' fees and costs are recoverable damages resulting from Plaintiff's breach of the covenant not to sue. *See, e.g., Gregoire v. Lucent Techs., Inc.*, No. 6:03-CV-251, 2005 WL 1863429, at *4 (M.D. Fla. Aug. 5, 2005); *Wilmington Trust, N.A. v. Lincoln Benefit Life Company*, No. 1:17-cv-23669 (S.D. Fla. July 17, 2019) [DE 96, vacated per DE 98]; *Anchor Motor Freight, Inc. v. Int'l Bhd. of Teamsters, etc., Local Union No. 377*, 700 F.2d 1067, 1072 (6th Cir. 1983). Plaintiff purports to reserve the right to contest Defendant's entitlement to attorneys' fees as damages, in whole or in part.

### (13) ADDITIONAL INFORMATION

Plaintiff contends that, on September 7, 2023, counsel for Plaintiff and Defendant entered a reciprocal stipulation via email that neither party shall introduce or rely on any evidence or testimony from either an expert or any unnamed witness who was not properly identified and designated in Plaintiff's and Defendant's Trial Witness Disclosures as filed with this Court on April 6, 2023. [DE 62, 63]. *See also* Trial Scheduling Order. [DE 29]. Plaintiff further contends that the parties' agreed-upon stipulation was memorialized in the Joint Pretrial Stipulation, filed with the Court on September 25, 2023. [DE 100]. Plaintiff maintains that the parties' September 7, 2023, stipulation still governs and that non-disclosed evidence or testimony shall not be introduced in the instant trial.

Defendant disputes the existence of a binding stipulation that would prevent it from introducing or relying on any relevant evidence or testimony. In particular, given Defendant's position that its damages are continuing to accrue, Defendant maintains that it may introduce and rely on evidence or

5

Case Number: 22-20493-CIV-MARTINEZ-BECERRA
**Joint Pretrial Stipulation**

testimony relevant to its accruing damages, regardless of whether the evidence or testimony was identified in April 2023.

Dated: October 31, 2024                Respectfully submitted,

NAKED TM, LLC                          AUSTRALIAN THERAPEUTIC SUPPLIES PTY LTD

By: /Brendan Everman/                  By: /Richard B. Rosengarten/
Brendan S. Everman                     Alan K. Fertel
Florida Bar No. 68702                  Florida Bar No. 435066
beverman@pyorcashman.com               aferte@wsh-law.com
PRYOR CASHMAN LLP                      Richard B. Rosengarten
255 Alhambra Circle, 8th Floor         Florida Bar No. 0106169
Miami, Florida 33134                   rrosengarten@wsh-law.com
Telephone: 786-582-3012                WEISS SEROTA HELFMAN
                                       COLE & BIERMAN, P.L.
                                       2800 Ponce de Leon Blvd., Suite 1200
                                       Coral Gables, Florida 33134
                                       Telephone: 305.854-0800
                                       Facsimile: 305.854.2323

                                       *Admitted Pro Hac*
                                       Andrew M. Smith (Oregon Bar No. 172774)
                                       E-mail: docketing@resonateip.com
                                       RESONATE IP, LLC
                                       115 NW Oregon Ave., Suite 12
                                       Bend, Oregon 97703
                                       Telephone: 541-240-8020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed, on this 31st day of October, 2024, with the Clerk of the Court using CM/ECF.

By: /Richard B. Rosengarten/