**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No.: 1:22-cv-20493-Martinez/Becerra

AUSTRALIAN THERAPEUTIC SUPPLIES
PTY LTD,

        Plaintiff,

v.

NAKED TM, LLC,

        Defendant.
_____

NAKED TM, LLC,

        Counter-Plaintiff,

v.

AUSTRALIAN THERAPEUTIC SUPPLIES
PTY LTD,

        Counter-Defendant.
_____/

**NAKED TM'S WITNESS LIST**

Pursuant to the Court's Order on Trial Procedures [DE 127], defendant/counter-plaintiff Naked TM, LLC tentatively intends to call the following witnesses for trial in the following order:

Jud Ireland

- Mr. Ireland is expected to testify about the legal fees and costs incurred by Naked TM, LLC in this case.

- Estimated time for direct examination: 30 minutes

- Estimate time for cross-examination: 1 hour

Jeffrey Feldman

- Mr. Feldman is expected to testify about his professional background and the legal services

and costs incurred in this case.

- Estimated time for direct examination: 15 minutes

- Estimate time for cross-examination: 1 hour

Suzanne Meehle

- Ms. Meehle is expected to testify about her professional background and the legal services and costs incurred in this case.

- Estimated time for direct examination: 15 minutes

- Estimate time for cross-examination: 1 hour

Dennis Derrick

- Mr. Derrick is expected to testify about his professional background and the legal services and costs incurred in this case.

- Estimated time for direct examination: 10 minutes

- Estimate time for cross-examination: 1 hour

Brendan Everman

- Mr. Everman is expected to testify about his professional background and the legal services and costs incurred in this case.

- Estimated time for testimony: 10 minutes

- Estimate time for cross-examination: 1 hour

<u>Graham Porter</u>

- Mr. Porter is expected to testify about the legal fees and costs incurred in this case.

- Estimated time for testimony: 10 minutes

- Estimate time for cross-examination: 1 hour

Dated:  December 5, 2024                                  Respectfully submitted,

**PRYOR CASHMAN LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone No: (786) 582-3012

By: <u>/s/ *Brendan S. Everman*</u>
Brendan S. Everman
beverman@pryorcashman.com
ksuarez@pryorcashman.com
Florida Bar No. 68702

*Counsel for Naked TM, LLC*